UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN HUNSAKER, et al,

    Plaintiffs,

                                          Case No. 23-cv-12145
v.                                       Hon. Matthew F. Leitman

IMPERIAL BEVERAGE COMPANY,

    Defendant.
_____/

## ORDER TERMINATING AS MOOT DEFENDANT'S MOTION TO DISMISS COUNT II OF PLAINTIFF'S COMPLAINT (ECF No. 7)

Defendant previously filed a motion to dismiss Count II of Plaintiff's Complaint. Plaintiff thereafter filed an Amended Complaint. Accordingly, the motion to dismiss Count II of the original Complaint is MOOT and, for that reason is **TERMINATED**.

    **IT IS SO ORDERED.**

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE

Dated: February 2, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 2, 2024, by electronic means and/or ordinary mail.

                                              s/Holly A. Ryan
                                              Case Manager
                                              (313) 234-5126