UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN HUNSAKER, et al,

    Plaintiffs,

v.

Case No. 23-cv-12145
Hon. Matthew F. Leitman

IMPERIAL BEVERAGE COMPANY,

    Defendant.

_____/

## ORDER (1) DENYING WITHOUT PREJUDICE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF No. 25), AND (2) DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION TO FACILITATE NOTICE OF SUIT TO OTHER SIMILARLY SITUATED INDIVIDUALS (ECF No. 26)

On June 23, 2025, the Court held a hearing on Defendant's Motion for Summary Judgment (ECF No. 25) and Plaintiffs' Motion to Facilitate Notice of Suit to Other Similarly Situated Individuals (ECF No. 26). For the reasons stated on the record, the motions are **DENIED WITHOUT PREJUDICE**.

    **IT IS SO ORDERED.**

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated: June 23, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 23, 2025, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126
