UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRIAN HUNSAKER, et al.,

    Representative Plaintiffs,

v.

IMPERIAL BEVERAGE COMPANY,

    Defendant.

Case No. 23-cv-12145
Hon. Matthew F. Leitman

| Noah S. Hurwitz (P74063)<br>Kara F. Krause (P85487)<br>Hurwitz Law PLLC<br>*Attorneys for Representative Plaintiffs*<br>340 Bakes Street, Suite 125<br>Ann Arbor, MI  48104<br>844-487-9489<br>noah@hurwitzlaw.com<br>kara@hurwitzlaw.com | Leigh M. Schultz (P71038)<br>Erica L. Quigley (P84498)<br>Miller Johnson<br>*Attorneys for Defendant*<br>100 W. Michigan Avenue, Suite 200<br>Kalamazoo, MI  49007<br>269-226-2950<br>schultzl@millerjohnson.com<br>quigleye@millerjohnson.com |
|---|---|

**STIPULATION AND ORDER FOR APPROVAL OF FLSA SETTLEMENT AND DISMISSAL OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT IMPERIAL BEVERAGE COMPANY WITH PREJUDICE**

    This matter is before the Court on the Parties' Joint Motion for Approval of Settlement and Dismissal of Plaintiffs' Claims With Prejudice;

    Having reviewed the Joint Motion and considered the proposed Settlement Agreement, and the Court being otherwise fully advised in the premises,

    **IT IS HEREBY ORDERED** that the Joint Motion for Approval of Settlement and Dismissal of Plaintiffs' Claims with Prejudice is **GRANTED**;

**IT IS FURTHER ORDERED** that the settlement of Plaintiffs' FLSA claims, as well as any other claims that were or could have been asserted in this action, is a fair and reasonable resolution of bona fide disputes and is approved;

**IT IS FURTHER ORDERED** that Plaintiffs' claims, and any other claims that were or could have been asserted in this action against Defendant Imperial Beverage Company are **DISMISSED** in their entirety with prejudice and without additional costs or attorney fees to either party.

This resolves the last pending claim in this matter and closes the case.

**IT IS SO ORDERED.**

s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated:  November 24, 2025


**APPROVED AS TO FORM AND CONTENT:**

Date: November 21, 2025

/s/ Leigh M. Schultz  
Leigh M. Schultz (P71038)  
MILLER JOHNSON  
*Attorneys for Defendant*  
100 W. Michigan Avenue, Suite 200  
Kalamazoo, MI  49007  
269-226-2950  
schultzl@millerjohnson.com

|  |  |
|---|---|
| Date: November 21, 2025 | */s/ Noah S. Hurwitz (with permission)*<br>Noah S. Hurwitz (P74063)<br>Kara F. Krause (P85487)<br>Hurwitz Law PLLC<br>*Attorneys for Plaintiffs*<br>340 Bakes Street, Suite 125<br>Ann Arbor, MI  48104<br>844-487-9489<br>noah@hurwitzlaw.com<br>kara@hurwitzlaw.com |

3

MJ_ND 4913-1702-7451v1